| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Ronald** <br> First name <br><br> _____ <br> Middle name <br><br> **Cain** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7517** | |

Debtor 1    **Ronald Cain**    Case number *(if known)*

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **2900 W Belmont Ave**<br>**3rd Floor**<br>**Chicago, IL 60618**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Ronald Cain** _____  Case number *(if known)* _____

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

☐ No.  Go to line 12.
■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Ronald Cain** _____  Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Ronald Cain** _____  Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ronald Cain**
**Ronald Cain**
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on  **May 14, 2024**
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Debtor 1  **Ronald Cain**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ John F. Hiltz**   Date   **May 14, 2024**
Signature of Attorney for Debtor         MM / DD / YYYY

**John F. Hiltz**
Printed name

**Hiltz Zanzig & Heiligman LLC**
Firm name

**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone                    Email address   **jhiltz@hzhlaw.com**

**6289744 IL**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **Ronald Cain**
(First Name) (Middle Name) (Last Name)

Debtor 2 (Spouse if, filing):
(First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | **Unsecured claim** |
|---|---|---|---|
| **1** **Byline Bank** 180 North LaSalle Street Suite 300 Chicago, IL 60601 | **What is the nature of the claim?** **Guaranty of SBA Loans** | | **$2,688,534.00** |
| | **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply | | |
| Contact Contact phone | **Does the creditor have a lien on your property?** ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | | - |
| **2** **Fst Svgs Bk** 501 E Lewis & Clark Pkwy Clarksville, IN 47129 | **What is the nature of the claim?** **Guaranty of SBA Loan** | | **$1,198,512.00** |
| | **As of the date you file, the claim is:** Check all that apply ■ Contingent ☐ Unliquidated ☐ Disputed ☐ None of the above apply | | |
| Contact | **Does the creditor have a lien on your property?** ■ No ☐ Yes. Total claim (secured and unsecured) | | |

Debtor 1 **Ronald Cain**    Case number *(if known)*

Value of security: -
Unsecured claim

---

**3**

**U.S. Small Business Administration**
**CESC – COVID EIDEL SERVICE CENTER**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**

Contact

Contact phone

What is the nature of the claim?   **Guaranty of SBA Loan**   **$869,892.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security: -
     Unsecured claim

---

**4**

**RiNo 1, LLC**
**c/o Thomas E Whyte, Agent**
**5291 E Yale Ave**
**Denver, CO 80222**

Contact

Contact phone

What is the nature of the claim?   **Personal Guaranty of Lease**   **$613,279.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security: -
     Unsecured claim

---

**5**

**Linda Boncoure / Bob Connors**
**10911 Antelope Ln**
**Orland Park, IL 60467**

Contact

Contact phone

What is the nature of the claim?   **Debt related to Stock Purchase**   **$470,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security: -
     Unsecured claim

---

**6**

**Dan Hackett**
**6656 Leonard St**
**Coopersville, MI 49404-9485**

What is the nature of the claim?   **Business Debt**   **$318,150.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

---

Debtor 1 **Ronald Cain**     Case number *(if known)*

■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**7**

**Katz & Stefani, LLC**
**222 N La Salle St Suite 2150**
**Chicago, IL 60601**

**What is the nature of the claim?**    **Attorney Fees**    **$40,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**8**

**Chase Card Services**
**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

**What is the nature of the claim?**    **Credit Card**    **$36,689.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**9**

**Michael Haber**
**Kalcheim Haber, LLC**
**134 N La Salle St Ste 2100**
**Chicago, IL 60602-1124**

**What is the nature of the claim?**    **Attorney Fees**    **$35,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

Debtor 1  **Ronald Cain**                                           Case number *(if known)*

### 10
**The Muller Firm LTD**
**110 W Grand Ave**
**Chicago, IL 60654**

**What is the nature of the claim?**   **Attorney Fees**   **$28,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

### 11
**U.S. Bankcorp**
**Attn: Bankruptcy**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

**What is the nature of the claim?**   **Credit Card**   **$24,657.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

### 12
**Chase Card Services**
**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

**What is the nature of the claim?**   **Credit Card**   **$23,495.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

### 13
**Marriott Vacations Worldwide**
**Attn: Bankruptcy**
**9002 San Marco Court**
**Orlando, FL 32819**

**What is the nature of the claim?**   **Marriott Vacations Worldwide 2200 S Main St STE #400 South Salt Lake, UT 84115  Salt Lake County**   **$9,306.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor 1  **Ronald Cain**                                Case number *(if known)*

|  |  |  |
|---|---|---|
|  | ■ None of the above apply |  |
|  | **Does the creditor have a lien on your property?** |  |
|  | ☐ No |  |
| Contact | ■ Yes. Total claim (secured and unsecured) | **$9,306.00** |
|  | Value of security: | - **$0.00** |
| Contact phone | Unsecured claim | **$9,306.00** |

**14**
**Blaine Frey**
**655 W Elm Park Ave.**
**Elmhurst, IL 60126**

**What is the nature of the claim?**   **Note Payable**   **$2,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**15**
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**   **Taxes for Years Ending 2021, 2022**   **$1,733.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**16**

**What is the nature of the claim?**   **2021 Cadillac XT6 25000 miles VIN: 1GYKPDRS3MZ225461**   **$654.00**

**PNC Financial Services**
**Attn: Bankruptcy**
**300 Fifth Ave**
**Pittsburgh, PA 15222**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$33,241.00**

Contact

| | | | |
|---|---|---|---|
| Debtor 1 | **Ronald Cain** | Case number *(if known)* | |

Contact phone

Value of security: - $32,587.00
Unsecured claim $654.00

| **17** | **Capital One**<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | What is the nature of the claim? | **Credit Card** | $29.00 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Ronald Cain**
**Ronald Cain**
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date  **May 14, 2024**

Date  _____

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Archein Group II, LLC
c/o David P. Kaminski, Agent
20 E Goethe St. Apt. #602
Chicago, IL 60610

Archein Group LTD
c/o David P. Kaminski, Agent
20 E Goethe St. Apt. #602
Chicago, IL 60610

Bill E. Kyriagis
950 17th Street
Suite 1600
Denver, CO 80202

Blaine Frey
655 W Elm Park Ave.
Elmhurst, IL 60126

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

Buse, Inc.
2900 W Belmont Ave
Chicago, IL 60618

Buse, Inc.
c/o David P Kaminski, Agent
20 E Goethe St Apt 602
Chicago, IL 60610-2329

Byline Bank
180 North LaSalle Street Suite 300
Chicago, IL 60601

Byline Bank
10 N Martingale Rd
Schaumburg, IL 60173

```
Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Catalyst RINO LLC
5291 East Yale Ave
Denver, CO 80222


Chase Bank Marriott
PO Box 6294
Carol Stream, IL 60197-6294


Chase Bank United
PO Box 6294
Carol Stream, IL 60197-6294


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


CHUHAK & TECSON, P.C.
120 South Riverside Plaza
Suite 1700
Chicago, IL 60606


Citibank
Citicorp Cr/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Dan Hackett
6656 Leonard St
Coopersville, MI 49404-9485


David P. Kaminski
20 E Goethe St. Apt. #602
Chicago, IL 60610
```

Elan Financial Services
PO Box 790408
Saint Louis, MO 63179


Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546


First Savings Bank
720 NorthShore Dr.
Suite 100
Jeffersonville, IN 47130


Firstmark Services
Attn: Bankruptcy
Po Box 82522
Lincoln, NE 68501


Fst Svgs Bk
501 E Lewis & Clark Pkwy
Clarksville, IN 47129


Huntington National Bank
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Katz & Stefani, LLC
222 N La Salle St Suite 2150
Chicago, IL 60601

```
KB IV, LLC
1570 E Golf Rd
Schaumburg, IL 60173


KB IV, LLC
5605 Granger Rd
Cleveland, OH 44131


KB IV, LLC
c/o David P Kaminski, Agent
20 E Goethe St Apt 602
Chicago, IL 60610-2329


KB VI, LLC
c/o David P. Kaminski, Agent
20 E Goethe St. Apt. #602
Chicago, IL 60610


KB VI, LLC
925 N. Milwaukee Avenue
Vernon Hills, IL 60061


KB VII, LLC
2900 W Belmont Ave
Chicago, IL 60018


KB VII, LLC
c/o David P. Kaminski, Agent
20 E Goethe St. Apt. #602
Chicago, IL 60610


Kuma's Holdings, LLC
2900 W Belmont Ave
Chicago, IL 60618


Kuma's Holdings, LLC
852 W Fulton Market
Chicago, IL 60607


Kuma's Holdings, LLC
c/o David P. Kaminski, Agent
20 E. Goethe St. Ste 602
Chicago, IL 60610
```

Linda Boncoure / Bob Connors
10911 Antelope Ln
Orland Park, IL 60467


Macy's/ DSNB
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104


Marriott Vacation Club
1200 Bartow Rd  Suite 19
Lakeland, FL 33801


Marriott Vacations Worldwide
Attn: Bankruptcy
9002 San Marco Court
Orlando, FL 32819


Michael Haber
Kalcheim Haber, LLC
134 N La Salle St Ste 2100
Chicago, IL 60602-1124


PNC Bank
PO Box 5570
Cleveland, OH 44101


PNC Financial Services
Attn: Bankruptcy
300 Fifth Ave
Pittsburgh, PA 15222


RiNo 1, LLC
c/o Thomas E Whyte, Agent
5291 E Yale Ave
Denver, CO 80222


Ronald R. Cain Living Trust


Small Business Administration
Office of General Counsel
409 3rd Street SW
Washington, DC 20416

Small Business Administration
409 3rd Street SW
Washington, DC 20416


Sonia Dickerson
8242 N Elmore St
Niles, IL 60714


Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


The Muller Firm LTD
110 W Grand Ave
Chicago, IL 60654


Till Rent
1445 Woodmont Ln Nw #246
Atlanta, GA 30318


Truist Bank
Attn: Bankruptcy
200 Pine St W
Wilson, NC 27893


Truist Financial
Attn: Bankruptcy
214 N Tryon St
Charlotte, VA 28202


U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402


U.S. Small Business Administration
CESC - COVID EIDEL SERVICE CENTER
14925 Kingsport Rd.
Fort Worth, TX 76155


U.S. Small Business Administration
500 W Madison, Suite 1150
Chicago, IL 60661

```
U.S. Small Business Administration
2 North 20TH Street, Suite 320
Birmingham, AL 35203


Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607
```