UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24bk07158 |
| | ) | |
| Ronald Cain, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO E. PHILIP GROBEN AND GENSBURG CALANDRIELLO & KANTER, P.C., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED:   $ 37,723.00    TOTAL COSTS REQUESTED:   $ 364.95
TOTAL FEES REDUCED:       $ 527.75       TOTAL COSTS REDUCED:      $ 0.00
TOTAL FEES ALLOWED:       $ 37,195.25    TOTAL COSTS ALLOWED:      $ 364.95

TOTAL FEES AND COSTS ALLOWED: $37,560.20

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.

E. Philip Groben and Gensburg Calandriello & Kanter, P.C. ("<u>Gensburg Calandriello</u>") may apply any unused portion of the post-petition retainer it received from the Debtor to the compensation and expenses allowed herein.  The Debtor is authorized to disburse to Gensburg Calandriello payments in the full amount of the remaining unpaid total fees and expenses allowed.

Gensburg Calandriello is allowed a chapter 11 administrative expense claim in the amount of $22,560.20, which is calculated based on the allowed fees and costs remaining after application of the Debtor's post-petition retainer of $15,000.00 authorized, in part, by the court on November 20, 2024 [Adv. Dkt. No. 63].

(1)    <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 527.75</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

ENTERED:

Dated: November 18, 2025

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

| Time Keeper | Transaction Date | Task Code | Description | Task Rate | Gross Time Spent | No Charge Time | No Charge Fee | Net Time | Net Value |
|---|---|---|---|---|---|---|---|---|---|
| E. Philip Groben | 3/5/2025 | 805 Claims Analysis/Objections/Resolutions | Research regarding service address of 2004 recipients and telephone call with debtor regarding same; drafted and filed motion for Rule 2004 authority | $395.00 | 2.30 | 0.3 | $ 118.50 | 2.00 | $ 790.00 |
| Alma Parez | 3/19/2025 | 805 Claims Analysis/Objections/Resolutions | Drafted subpoenas for discovery. | $175.00 | 2.10 | 0 | $ - | 2.10 | $ 367.50 |
| E. Philip Groben | 3/10/2025 | 805 Claims Analysis/Objections/Resolutions | Drafted objection to Hackett claim and email to client regarding same | $395.00 | 1.20 | 0 | $ - | 1.20 | $ 474.00 |
| E. Philip Groben | 2/10/2025 | 805 Claims Analysis/Objections/Resolutions | Prepare for and telephone call with Ron Cain and David Welch to discuss creditor inquiries; drafted email to creditor's counsel | $395.00 | 1.00 | 0 | $ - | 1.00 | $ 395.00 |
| E. Philip Groben | 1/27/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with David Welch and Ron Cain to discuss treatment of claim of Dan Hackett. | $395.00 | 0.80 | 0 | $ - | 0.80 | $ 316.00 |
| E. Philip Groben | 3/10/2025 | 805 Claims Analysis/Objections/Resolutions | Review of documents provided by debtor, prepared documents for production to counsel, and email to counsel with SharePoint folder | $395.00 | 0.80 | 0 | $ - | 0.80 | $ 316.00 |
| E. Philip Groben | 12/2/2024 | 805 Claims Analysis/Objections/Resolutions | Telephone call with counsel for Hackett's attorney and emails to Ron with update. | $365.00 | 0.70 | 0 | $ - | 0.70 | $ 255.50 |
| E. Philip Groben | 2/11/2025 | 805 Claims Analysis/Objections/Resolutions | Telephone call with Greg Stern and email correspondence and phone calls regarding same | $395.00 | 0.60 | 0 | $ - | 0.60 | $ 237.00 |
| E. Philip Groben | 2/11/2025 | 805 Claims Analysis/Objections/Resolutions | Telephone call with Greg Stern and email correspondence and phone calls regarding same | $395.00 | 0.60 | 0 | $ - | 0.60 | $ 237.00 |
| E. Philip Groben | 12/5/2024 | 805 Claims Analysis/Objections/Resolutions | Phone call with Ron Cain and David Welch; email to Greg Stern following call. | $365.00 | 0.50 | 0 | $ - | 0.50 | $ 182.50 |
| E. Philip Groben | 2/3/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with David Welch to discuss Hackett requests; email to Greg Stern with response to R.2004 rider; review of board correspondence and responded to email from debtor | $395.00 | 0.50 | 0 | $ - | 0.50 | $ 197.50 |
| E. Philip Groben | 3/4/2025 | 805 Claims Analysis/Objections/Resolutions | Review of email from Sonia and telephone call with Ron to discuss same | $395.00 | 0.50 | 0 | $ - | 0.50 | $ 197.50 |
| E. Philip Groben | 5/5/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with one of Hackett's attorneys and email correspondence with same. | $395.00 | 0.50 | 0 | $ - | 0.50 | $ 197.50 |
| E. Philip Groben | 12/4/2024 | 805 Claims Analysis/Objections/Resolutions | Phone call with Ron Cain to discuss Hackett correspondence and other matters; phone call with David Welch and email to Ron Cain. | $365.00 | 0.40 | 0 | $ - | 0.40 | $ 146.00 |
| E. Philip Groben | 2/28/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with Greg Stern to discuss deal points; email correspondence and phone call with Debtor regarding same | $395.00 | 0.40 | 0 | $ - | 0.40 | $ 158.00 |

| Name | Date | Matter | Description | Rate | Hours | Col | $ | Col | Hours | $ | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Philip Groben | 12/28/2024 | 805 Claims Analysis/Objections/Resolutions | Responded to email from Greg Stern regarding Hackett terms. | $365.00 | 0.30 | 0 | $ | - | 0.30 | $ | 109.50 |
| E. Philip Groben | 8/25/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with Greg Stern to discuss Hackett paperwork and email to David Welch regarding same; phone calls with David Welch to discuss settlement procedures. | $395.00 | 0.30 | 0 | $ | - | 0.30 | $ | 118.50 |
| E. Philip Groben | 12/17/2024 | 805 Claims Analysis/Objections/Resolutions | Phone call with Ron Cain and email to counsel for Hackett with request for update. | $365.00 | 0.20 | 0 | $ | - | 0.20 | $ | 73.00 |
| E. Philip Groben | 1/24/2025 | 805 Claims Analysis/Objections/Resolutions | Review of correspondence regarding Hackett claim and responded to email from counsel. | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 2/9/2025 | 805 Claims Analysis/Objections/Resolutions | Review of email from Hackett and email to debtor regarding same | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 2/12/2025 | 805 Claims Analysis/Objections/Resolutions | Telephone call with Ron Cain to discuss creditor matters | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 2/26/2025 | 805 Claims Analysis/Objections/Resolutions | Responded to email from Ron regarding certain deal points | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 3/5/2025 | 805 Claims Analysis/Objections/Resolutions | Brief review of Hacket Rule 2004 motion and email communication with debtor regarding same | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 3/11/2025 | 805 Claims Analysis/Objections/Resolutions | Telephone call with debtor regarding Hackett claim and email regarding same | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 3/27/2025 | 805 Claims Analysis/Objections/Resolutions | Email exchange with Hackett's attorney and Ron regarding settlement terms | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| E. Philip Groben | 8/8/2025 | 805 Claims Analysis/Objections/Resolutions | Phone calls with Ron and Hackett's attorneys to discuss status of settlement documents. | $395.00 | 0.20 | 0 | $ | - | 0.20 | $ | 79.00 |
| Alma Parez | 3/5/2025 | 805 Claims Analysis/Objections/Resolutions | Email Notice of Motion/Motion for Rule 2004 Authority to Anger Ronda. | $175.00 | 0.10 | 0 | $ | - | 0.10 | $ | 17.50 |
| E. Philip Groben | 3/26/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with Ron Cain following case status and brief email to counsel for Byline | $395.00 | 0.10 | 0 | $ | - | 0.10 | $ | 39.50 |
| E. Philip Groben | 4/14/2025 | 805 Claims Analysis/Objections/Resolutions | Email to counsel regarding settlement terms. | $395.00 | 0.10 | 0 | $ | - | 0.10 | $ | 39.50 |
| E. Philip Groben | 4/22/2025 | 805 Claims Analysis/Objections/Resolutions | Phone call with Greg Stern regarding settlement issues. | $395.00 | 0.10 | 0 | $ | - | 0.10 | $ | 39.50 |
| E. Philip Groben | 7/17/2025 | 805 Claims Analysis/Objections/Resolutions | Email exchange regarding Hackett documents. | $395.00 | 0.10 | 0 | $ | - | 0.10 | $ | 39.50 |
| | | | | | 15.80 | 0.30 | $ | 118.50 | 15.50 | $ | 5,575.50 |

| Time Keeper | Transaction Date | Task Code | Description | Task Rate | Gross Time Spent | No Charge Time | No Charge Fee | Net Time | Net Value |
|---|---|---|---|---|---|---|---|---|---|
| Lane M. Gensburg | 12/2/2024 | 808 Trustee Matters | Telephone conference with Phil Groben to discuss the status of alleged criminal investigation; telephone conference with Ronald Cain to discuss the steps to address the letter and the investigation; left voicemail and telephone conference with AUSA Elie Zenner concerning the November 11-25-2024 letter he sent and his statement that he is not aware of the investigation; memo to the file; emailed the letter to Zenner. | $440.00 | 0.50 | 0 | $ - | 0.50 | $ 220.00 |
| E. Philip Groben | 11/29/2024 | 808 Trustee Matters | Phone calls with Ron Cain and Lane Gensburg regarding correspondence received and review of same. | $365.00 | 0.50 | 0 | $ - | 0.50 | $ 182.50 |
| Lane M. Gensburg | 12/4/2024 | 808 Trustee Matters | Telephone conference with AUSA Zenner to advise me that the purported letter he sent was fabricated; memo to the file; telephone conference with Ron Cain to advise him of same and to request the envelope the letter came in; emailed Phil Groben discussing same. | $440.00 | 0.30 | 0 | $ - | 0.30 | $ 132.00 |
| E. Philip Groben | 12/3/2024 | 808 Trustee Matters | Telephone call with Ron to discuss status of DOJ inquiry and other matters. | $365.00 | 0.20 | 0 | $ - | 0.20 | $ 73.00 |
| Lane M. Gensburg | 12/3/2024 | 808 Trustee Matters | Telephone conference with Ron Cain to advise him of my conversation yesterday with AUSA Zenner concerning his purported letter. | $440.00 | 0.20 | 0 | $ - | 0.20 | $ 88.00 |
| E. Philip Groben | 12/2/2024 | 808 Trustee Matters | Telephone call with Lane Gensburg regarding correspondence. | $365.00 | 0.10 | 0 | $ - | 0.10 | $ 36.50 |
| E. Philip Groben | 12/4/2024 | 808 Trustee Matters | Email exchange with Lane Gensburg regarding correspondence. | $365.00 | 0.10 | 0 | $ - | 0.10 | $ 36.50 |
| | | | | | 1.90 | 0.00 | $ - | 1.90 | $ 768.50 |

| Time Keeper | Transaction Date | Task Code | Description | Task Rate | Gross Time Spent | No Charge Time | No Charge Fee | Net Time | Net Value |
|---|---|---|---|---|---|---|---|---|---|
| Danielle L. Gensburg | 2/25/2025 | 812 Plan and Disclosure Statement | Finished drafting memorandum as to whether the interests of a bankruptcy estate can be limited by a marital estate and divorce proceedings. | $335.00 | 4.00 | 0.4 | $ 134.00 | 3.60 | $ 1,206.00 |
| Danielle L. Gensburg | 3/3/2025 | 812 Plan and Disclosure Statement | Continued researching when a bankruptcy proceeding is limited by a divorce proceeding under Illinois law and the Seventh Circuit. | $335.00 | 3.80 | 0.3 | $ 100.50 | 3.50 | $ 1,172.50 |
| E. Philip Groben | 1/2/2025 | 812 Plan and Disclosure Statement | Begin drafting of amended plan of reorganization; phone call with Scott Clar regarding treatment of Sonia's claim. | $395.00 | 3.50 | 0.3 | $ 118.50 | 3.20 | $ 1,264.00 |
| Danielle L. Gensburg | 2/24/2025 | 812 Plan and Disclosure Statement | Began drafting a memorandum of my research findings on whether the interests of a bankruptcy estate can be limited by a marital estate and divorce proceedings. | $335.00 | 3.30 | 0.3 | $ 100.50 | 3.00 | $ 1,005.00 |
| Danielle L. Gensburg | 2/14/2025 | 812 Plan and Disclosure Statement | Began researching whether the interests of a bankruptcy estate can be limited by the marital estate/divorce proceedings. | $335.00 | 3.20 | 0 | $ - | 3.20 | $ 1,072.00 |
| E. Philip Groben | 1/16/2025 | 812 Plan and Disclosure Statement | Review and amendment of plan terms including review of budget and research regarding interpretation of disposable income. | $395.00 | 3.00 | 0 | $ - | 3.00 | $ 1,185.00 |
| E. Philip Groben | 1/3/2025 | 812 Plan and Disclosure Statement | Continued drafting amended plan and email to Ron with draft and list of open issues. | $395.00 | 2.40 | 0 | $ - | 2.40 | $ 948.00 |
| E. Philip Groben | 1/17/2025 | 812 Plan and Disclosure Statement | Revisions to budget; phone calls with Ron Cain and David Welch regarding plan issues; phone call with Scott Clar to discuss treatment of Sonia's claim. | $395.00 | 1.80 | 0 | $ - | 1.80 | $ 711.00 |
| Danielle L. Gensburg | 3/4/2025 | 812 Plan and Disclosure Statement | Further research on intersection of bankruptcy and divorce court jurisdiction in both Illinois state and federal courts including the Seventh Circuit | $335.00 | 1.70 | 0 | $ - | 1.70 | $ 569.50 |
| E. Philip Groben | 8/29/2025 | 812 Plan and Disclosure Statement | Prepare for telephone call with debtor to prepare for confirmation hearing. | $395.00 | 1.70 | 0 | $ - | 1.70 | $ 671.50 |
| E. Philip Groben | 6/12/2025 | 812 Plan and Disclosure Statement | Amendments to second amended plan. | $395.00 | 1.50 | 0 | $ - | 1.50 | $ 592.50 |
| E. Philip Groben | 6/17/2025 | 812 Plan and Disclosure Statement | Amendment to plan; email correspondence and telephone call with debtor regarding same. | $395.00 | 1.20 | 0 | $ - | 1.20 | $ 474.00 |
| E. Philip Groben | 6/23/2025 | 812 Plan and Disclosure Statement | Email correspondence with debtor and counsel regarding plan terms; amended plan and prepared documents for filing; filed second amended plan. | $395.00 | 1.20 | 0 | $ - | 1.20 | $ 474.00 |
| E. Philip Groben | 1/12/2025 | 812 Plan and Disclosure Statement | Review of amendments to plan by Michael Haeber and responded to email from same. | $395.00 | 1.00 | 0 | $ - | 1.00 | $ 395.00 |
| E. Philip Groben | 5/17/2025 | 812 Plan and Disclosure Statement | Email correspondence with debtor and David Welch and review of Hackett documents; conference call regarding same. | $395.00 | 1.00 | 0 | $ - | 1.00 | $ 395.00 |
| E. Philip Groben | 8/28/2025 | 812 Plan and Disclosure Statement | Prepare for call with Ron Cain to discuss confirmation process. | $395.00 | 0.90 | 0 | $ - | 0.90 | $ 355.50 |

| Time Keeper | Transaction Date | Task Code | Description | Task Rate | Gross Time Spent | No Charge Time | No Charge Fee | Net Time | Net Value |
|---|---|---|---|---|---|---|---|---|---|
| E. Philip Groben | 4/15/2025 | 832 Creditors Inquiries | Email exchange with counsel for Byline Bank and phone call with debtor regarding same; brief conversation with David Welch regarding open matters. | $395.00 | 0.70 | | $ 0 | $ - | 0.70 | $ 276.50 |
| E. Philip Groben | 5/13/2025 | 832 Creditors Inquiries | Conference call with debtor and state court counsel to discuss open issues and left message with counsel for Hackett. | $395.00 | 0.70 | | $ 0 | $ - | 0.70 | $ 276.50 |
| E. Philip Groben | 1/22/2025 | 832 Creditors Inquiries | Email correspondence regarding Sonia and Hackett claims. | $395.00 | 0.40 | | $ 0 | $ - | 0.40 | $ 158.00 |
| E. Philip Groben | 2/11/2025 | 832 Creditors Inquiries | Phone call with Ron Cain to review terms of offer and email to creditor's counsel | $395.00 | 0.40 | | $ 0 | $ - | 0.40 | $ 158.00 |
| E. Philip Groben | 4/30/2025 | 832 Creditors Inquiries | Email exchange regarding issuance of citations to discover assets to related entities. | $395.00 | 0.20 | | $ 0 | $ - | 0.20 | $ 79.00 |
| E. Philip Groben | 5/13/2025 | 832 Creditors Inquiries | Review of documents filed by Sonia in state court and set call to discuss same. | $395.00 | 0.20 | | $ 0 | $ - | 0.20 | $ 79.00 |
| | | | | | 2.60 | 0.00 | $ 0 | $ - | 2.60 | $ 1,027.00 |